CARMEN ECHAVARRIA, Appellant, v. VINCENT ECHAVARRIA, Respondent.— In an action to annul a marriage on the ground of fraud, order denying plaintiff's motion to confirm the report of an Official Referee and dismissing the complaint on the merits, and the judgment entered pursuant thereto, reversed on the law, without costs, plaintiff's motion granted, and an interlocutory judgment of annulment is directed to be entered, without costs. There is nothing in the record to justify refusal of confirmation of the Official Referee's report. (*Boyd* v. *Boyd*, 252 N. Y. 422; *Cohen* v. *Cohen*, 266 App. Div. 676.) Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ., concur.

REUBEN E. GROSS, as Receiver of HAROLD TORRONE, Appellant, v. WEST NEW BRIGHTON BANK, Respondent.— Action, under section 807 of the Civil Practice Act, by a receiver in supplementary proceedings to recover from defendant bank the amount which it paid on the order of the judgment debtor out of his account with the bank. The payment was made in good faith, after the appointment of the receiver and the filing of his order of appointment with the clerk of the county, but at a time when the bank had no actual notice of the receivership. Order of the Appellate Term, affirming the order and judgment of the Municipal Court, which limits the plaintiff's recovery to the amount on deposit at the time the bank received actual notice of the receivership, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Adel, Lewis and Aldrich, JJ. [181 Misc. 1.]

BETTY HANDLER, as Administratrix of the Estate of LEO HANDLER, Deceased, Appellant, v. WARCRAFT CORPORATION, Respondent.— Action to recover damages for the wrongful death of plaintiff's intestate, alleged to have been caused by defendant's negligence. Order granting defendant's motion for the examination of plaintiff before trial affirmed, with ten dollars costs and disbursements, the examination to proceed on five days' notice. No opinion. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

B. HUNTING HOWELL et al., Respondents, v. WILLIAM P. JENKS, Appellant, et al., Defendants.— Action for an accounting. Appeal from an order denying appellant's motion to vacate service of the summons and complaint upon him outside the State, pursuant to section 235 of the Civil Practice Act. Order affirmed, with one bill of ten dollars costs and disbursements. No opinion. Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur.

In the Matter of RESOURCE HOLDING CORPORATION, Judgment Creditor, Appellant, against LOUIS FRIEDMAN, Judgment Debtor, Respondent.— Order insofar as it denies the judgment creditor's motion to punish the judgment debtor for contempt of court for obtaining and disposing of the sum of $1,800, in violation of the injunctive order appointing a receiver in proceedings supplementary to judgment, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, to the extent of fining the judgment debtor the amount of $1,800, which he received for his share of his father's estate, to be credited on the judgment; and in default of payment within ten days from the entry and service of the order hereon, he stands committed. The property of the judgment debtor, whether acquired before or at any time after the appointment of the receiver, vested in the receiver who had duly qualified. (Civ. Prac. Act, § 807.) The judgment debtor violated the injunctive provision of the order by receiving and disposing of the $1,800 which he received for his share of his father's estate after the appointment and qualification of the receiver. Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur.